DAVID CRAIG, *Appellant, v.* THE TOWN OF ANDES, *Respondent.* — Judgment reversed; new trial granted; referee discharged, costs to abide event. Opinion by WESTBROOK, J.; BOCKES, J., not acting.

NELSON D. MOREHOUSE, *Appellant, v.* JOEL B. MOREHOUSE, *Respondent, Impleaded, etc.* — Judgment reversed; new trial granted, costs to abide event. Opinion by LEARNED, P. J.; BOCKES, J., not acting.

PETER CALLAGHAN *v.* THE ROME AND WATERTOWN RAILROAD COMPANY. — Judgment and order affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* THE O. AND L. R. R. Co. *v.* GEORGE R. POND, *Appellant.* — Order affirmed, with costs. Opinion by BOCKES, J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* DAYTON TANNER and others, *Appellants.* — Judgment and conviction reversed; new trial granted at Broome County Sessions. Opinion by BOCKES, J.

JEREMIAH BARRY, *Administrator, etc., Respondent, v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed, with costs.

JANE VAN HORNE, *Appellant, v.* JACOB FRANCE, *Respondent.*

JANE VAN HORNE, *Respondent, v.* WILLIAM CAMPBELL and others, *Appellants.* — In first case, judgment and order affirmed as to Mrs. Bell's half, and Van Horne substituted as to his half, on payment of ten dollars January term fees, and ten dollars September Term fees, and expense of serving papers, in five days. In second case judgment reversed and action abated as to Mrs. Bell's half. Van Horne substituted as to his share upon same terms as above. Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *Respondent, v.* MERCHANTS' BANK, *Appellant.* — Order reversed, with ten dollars costs and printing disbursements; order to be settled before BOCKES, J. Opinion by BOCKES, J.

ELIZA C. LOCKWOOD, *Appellant v.* WASHINGTON H. DAVIS, *Respondent.* — Judgment and order affirmed, with costs. Opinion by BOCKES, J.

SIMEON SMITH, *as Executor, etc., Respondent, v.* ELIZABETH BREAKEY, *Appellant.* — Judgment affirmed, with costs. Opinion by WESTBROOK, J.

WILLIAM B. COCHRAN, *Surviving Partner, etc., Respondent v.* HORACE UTTER, *Appellant.* — New trial denied; judgment ordered by plaintiff on verdict. WESTBROOK, J., not acting.

MICHAEL DICKSON, *Respondent, v.* CHARLES F. SMITH, *Appellant.* Judgment and order affirmed, with costs. Opinion by BOCKES, J.

ARCHIBALD D. O'NEIL, *Receiver, etc., Respondent, v.* JOHN WALLER, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J., and by WESTBROOK, J., dissenting.